IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Respondent-Plaintiff | § | |
| | § | |
| v. | § | CR B-02-323-01 |
| | § | |
| NOE DEL VALLE-MEJIA, | § | |
|     Petitioner-Defendant | § | |
|     (CA B-04-19) | § | |

## RECOMMENDED ORDER

The Court, having considered Del Valle's motion to vacate sentence under 28 U.S.C. § 2255 and the government's answer, concludes that dismissal is warranted.

DONE this _____ day of _____, 2004 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE