**United States District Court**
**Southern District of Texas**
**FILED**

JUN 2 2 2005

Michael N. Milby
Clerk of Court

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only, No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage         $
Certified Fee
Return Receipt Fee                          Postmark
(Endorsement Required)                       Here
Mr. Noe Del Valle-Mejia
Restricted Delivery Fee
(Endorsement Required) 03-179
Federal Correctional Institution
Total Postage & Fees  $
P O Box 26040
Beaumont, TX  77720
CA No. B-04-147  (6/21/05  R&R)

PS Form 3800, June 2002
```

7004 2890 0000 2942 7986

CA B04-147