United States District Court
Southern District of Texas
FILED

JUL 01 2005

Michael N. Milby
Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Noe Del Valle-Mejia
Reg No 11233-179
Federal Correctional Institution
P O Box 26040
Beaumont, TX 77720

CA B04-147  6/21/05  R&R

2. Article N
(Transfer
PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

35-01-M-0381