ORDER
United States District Court
Southern District of Texas
ENTERED
Aug 10 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE DEL VALLE-MEJIA,<br>   Movant, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-04-147 |
| | §<br>§ | (CR. NO. B-02-323) |
| UNITED STATES OF AMERICA,<br>   Respondent. | §<br>§ | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the government's Motion to Dismiss (Docket No. 5) is hereby GRANTED. Accordingly, Movant Noe Del Valle-Mejia's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) is DENIED and summarily DISMISSED.

DONE at Brownsville, Texas this ___ day of _____, 2005.

_____
Hilda Tagle
United States District Judge