UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

\* \* \* \* \*

United States District Court
Southern District of Texas
FILED

SEP 0 1 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOE DEL VALLE-MEJIA, | ) | |
|     Defendant, | ) | Civil No. B-04-147 |
| vs. | ) | USDC No. B-02-323 |
| UNITED STATES OF AMERICA, | ) | Notice of Appeal |
|     Plaintiff. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Noe Del Valle-Mejia, pro se Defendant above named, hereby appeals to the United States Court of Appeals for the Fifth Circuit from an Order denying Defendant's § 2255 Motion, entered in this action on the 10th day of August, 2005.

(See, attached Certificate of Appealability)

Additionally, Defendant hereby respectfully requests that this Honorable Court waive the fees and costs of this action and allow Defendant to proceed in forma pauperis, because Defendant is a federal inmate with no assets or income other than inmate monthly performance pay, which is inadequate to pay the fees and costs.

(See, In Forma Pauperis)

Respectfully submitted,

*/s/ Noe Del Valle*

Noe Del Valle-Mejia