**Noe Del Valle-Mejia**
(Petitioner)

B-04-147

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

**United States of America**
(Respondent(s))

I, **Noe Del Valle-Mejia #11233-179** declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefore; that I believe I am entitled to relief.

United States District Court
Southern District of Texas
FILED

SEP 01 2005

Michael N. Milby
Clerk of Court

1. Are you presently employed?   ☒Yes   ☐No

    a. If the answer is yes, state the amount of your salary or wages per month, give the name and address of your employer. *$21.60 monthly - Ms. Sachert - Institution Staff*

    b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

    _____

2. Have you received, within the last twelve months, any money from any of the following sources?

    a. Business, profession, or form of self employment?   ☐Yes   ☒No
    b. Rent payment, interest or dividends?   ☐Yes   ☒No
    c. Pension, annuities or life insurance payments?   ☐Yes   ☒No
    d. Gifts or inheritances?   ☐Yes   ☒No
    e. Any other sources?   ☒Yes   ☐No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. *See my money account attached.*

3. Do you own any cash, or do you have any money in checking or savings accounts? (Include any money in prison accounts)

    If the answer is yes, state the total value of the items owned. *What I have is shown in the attached money account copy.*

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)?   ☐Yes   ☒No

    If the answer is yes, state the total value of the items owned.

    _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

5. List the persons who are dependant upon you for support, state your relationship to those persons and indicate how much you contribute to their support.

_____N/A_____
_____

I, declare (*or certify, verify or state*) under penalty of perjury that the foregoing is true and correct.

Executed on  8-24 05
(Date)

_Noé del Valle_
Signature of Petitioner

## CERTIFICATE

I certify that the Petitioner herein has the sum of $ 5.64 on account to his credit at the FCC Beaumont (Medium) institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said  Federal  institution

DATED 8·24·05            CC Aumdw, CCC
                         Authorized Officer of Institution

                         Counselor
                         Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY