## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 11233179 | Current Institution: | Beaumont FCC |
| Inmate Name: | DEL VALLE, NOE | Housing Unit: | Q |
| Report Date: | 08/24/2005 | Living Quarters: | Q03-339L |
| Report Time: | 10:38:32 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 7474 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 12/11/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 8/23/2005 10:51:25 AM |
| Account Status: | Active |
| ITS Balance: | $0.18 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

### Account Balances

| | |
|---|---|
| Account Balance: | $5.64 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $5.64 |
| National 6 Months Deposits: | $659.60 |
| National 6 Months Withdrawals: | $667.70 |
| National 6 Months Avg Daily Balance: | $25.00 |
| Local Max. Balance - Prev. 30 Days: | $22.54 |
| Average Balance - Prev. 30 Days: | $10.48 |

## Commissary History

**Purchases**

Validation Period Purchases: $11.00
YTD Purchases: $1,006.60
Last Sales Date: 8/23/2005 10:51:25 AM

**SPO Information**

SPO's this Month: 0
SPO $ this Quarter: $0.00

**Spending Limit Info**

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $11.00
Remaining Spending Limit: $279.00

## Commissary Restrictions

**Spending Limit Restrictions**

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**