United States District Court
Southern District of Texas
FILED

OCT 1 1 2005

Michael N. Milby
Clerk of Court

