```
Noe Del Valle-Mejia#11233-179
U.S. Penitentiary
P.O. BOX 1000
Leavenworth, KS 66048
```

United States District Court
Southern District of Texas
FILED

OCT 2 5 2005

Michael N. Milby
Clerk of Court

October-20-2005

```
Clerk for Court                    ]
United States District Court       ]
Southern District of Texas         ]Civil Action No:B-04-147
600 E. Harrison Street #101        ]     (CR. No.:B-02-323
Brownsville, Texas 78520-7114      ]
```

**MOTION FOR EXTENTION OF TIME PURSUANT TO F.R.Cr.P. 4(4).**

   I hereby Noe Del Valle-Mejia request this Honorable Court to extend the time in order to respond to the Magistrate Judge's recommendation for a period of at least (60) days due to the emergent situation that follows:

1- On October-01-2005, I was evacuated and was transferred to U.S. Penitentiary in **Leavenworth,** in the state of **Kansas,** where I am still at this precise instant on [semi-lock down status] due in part of been a forced separation between high security inmates waiting to be transferred to another high institutions, but in the meant time I am unable to recover my legal property in which there is all my legal documents submitted to the Court in the instant case. I was informed by the (Warden) of this institution that it could be at least another two-t-- three weeks before I may be able to recover my property.

   Please be informed that every legal documents should be addressed to my new address above-mentioned.
   I pray this Honorable court to grant me the extention sought of (60) days to respond to the Magistrate Judge's recommendation, all this for the interest of Justice.

                            Respectfully submitted by,
                            /s/ Noe Del Valle
                            Noe Dle Valle-Mejia

NOE DEL VALLE-MEJIA #11233-179
U.S. PENITENTIARY
P.O. BOX 1000
LEAVENWORTH, KANSAS 66048

*LEGAL MAIL*

MAIL

United States District Court
Southern District of Texas
RECEIVED
OCT 25 2005
Michael N. Milby, Clerk

CLERK FOR COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
600 E. HARRISON STREET #101
BROWNSVILLE, TEXAS 78520-7114

78520-7114


