ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE DEL VALLE-MEJIA,<br>　　Petitioner, | §<br>§<br>§ | |
| 　　　　v. | §<br>§ | Civil Action No. B-04-147<br>(Criminal No. B-02-323) |
| UNITED STATES OF AMERICA,<br>　　Respondent. | §<br>§ | |

## O R D E R

It is hereby ORDERED that the Petitioner's motion for extension of time to respond to the Magistrate Judges Report and Recommendation (Docket No. 17) is GRANTED. The response shall be filed on or before December 27, 2005.

SIGNED this 26th day of October 2005, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge