United States District Court
Southern District of Texas
FILED

OCT 2 6 2005

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ⟨signature⟩  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>D. Mva L                      10/17/05 |
| 1. Article Addressed to:<br>Mr. Noe Del Valle-Mejia<br>Reg No 11233-179<br>USP Leavenworth<br>Satellite Camp<br>P O Box 1000<br>Leavenworth, KS  66048<br>CA B04-147  (10/11/05 R&R) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>United States District Court<br>Southern District of Texas<br>RECEIVED MAIL<br>OCT 2 6 2005<br><br>3. Service Type   Michael N. Milby, Clerk<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)     ☐ Yes |
| 2. Article Number<br>(Transfer from service label)    7004 2890 0003 2941 1345 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540