United States District Court
Southern District of Texas
FILED

OCT 2 6 2005

Michael N. Milby
Clerk of Court

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Mr. Noe Del Valle-Mejia
Reg. No. 91538-179
USP-Leavenworth
Satellite Camp
P.O. Box 1000
Leavenworth, KS 66048

Sent To
CA B04-147   (10/26/05 Order)
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions