| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X D. m--- | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>D. mun | C. Date of Delivery<br>11/1/05 |
| 1. Article Addressed to:<br>Mr. Noe Del Valle-Mejia<br>Reg No 11233-179<br>USP Leavenworth<br>Satellite Camp<br>P O Box 1000<br>Leavenworth, KS  66048<br>CA B04-147  (10/26/05 Order) | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>United States District Court<br>Southern District of Texas<br>RECEIVED<br>NOV 0 4 2005<br>Michael N. Milby<br>12:430<br>MAIL | |
| | 3. Service Type<br>☐ Certified Mail   ☒ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0003 2941 1482 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |