ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| NOE DEL VALLE-MEJIA<br>    Movant, | *<br>* |
| VS | *   CIVIL ACTION NO. B-04-147<br>* |
| UNITED STATES OF AMERICA,<br>    Respondent. | *   (Criminal No. B-02-323) |

## **O R D E R**

Movant's Motion Requesting Leave to File Supplemental Pleading Pursuant to F.R.C.P. Rule 15(d) with Memorandum in Support (Docket No. 25) is GRANTED. The Movant shall file his supplemental pleading on or before January 17, 2006.

DONE at Brownsville, Texas, on <u>16th</u> day of December 2005.

_____
Felix Recio
United States Magistrate Judge