United States District Court
Southern District of Texas
FILED

DEC 1 6 2005

Michael N. Milby
Clerk of Court

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | CA B04-147  (12/16/05 Order) |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Mr. Noe Del Valle-Mejia
Reg No 11233-179
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048

7004 2890 0003 2941 1710

PS Form 3800, June 2002    See Reverse for Instructions