United States District Court
Southern District of Texas
FILED

DEC 2 7 2005

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ illegible | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>T. Hostman | C. Date of Delivery<br>12-27-05 |
| 1. Article Addressed to:<br>Mr. Noe Del Valle-Mejia<br>Reg No 11233-179<br>U.S. Penitentiary<br>P O Box 1000<br>Leavenworth, KS  66048<br>CA B04-147   (12/16/05   Order) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)       ☐ Yes | |
| 2. Article Number<br>   (Transfer from service label)          7004 2890 0003 2941 1710 | | |
| PS Form 3811, February 2004       Domestic Return Receipt | | 102595-02-M-1540 |