UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE DE VALLE-MEJIA, | § | |
| Movant, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-04-147 |
| UNITED STATES OF AMERICA | § | (CR. NO. B-02-323) |
| Respondent. | § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's request for a Certificate of Appealability (Doc. #13) should be and is hereby DENIED.

DONE at Brownsville, Texas, this ___1___ day of ___March___, 2006.

Hilda G. Tagle
United States District Judge