IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 0 2006

Michael N. Milby
Clerk of Court

NOE DEL VALLE-MEJIA,         )
                             )
    Movant,                  )
                             )
v.                           )   Civil Action No. B-04-147
                             )
UNITED STATES OF AMERICA,    )
                             )
    Respondent.              )

MOTION FOR AMENDMENT OF JUDGEMENT
PURSUANT TO FED. R. CIV. P. 59(a)

COMES NOW, NOE DEL VALLE-MEJIA, pro se Movant in the above styled action, and respectfully requests this Honorable Court to ameend the judgement in the above styled action pursuant to Fed.R.Civ.P. Rule 59(a) with specific respect to this Court's Order of March 1, 2006 denying a Certificate of Appealability (COA) in the above styled matter. In support of this Motion, the Movant states the following:

1.   That on November 25, 2005, the Movant timely filed a Motion pursuant to Fed.R.Civ.P. 15(d) in the above styloed action with this Court, requesting leave to file a Supplemental Pleading in the above styled action;

2.   That on December 16, 2005, U.S. Magistrate Judge Felix Recio granted the Movant's Motion to file a Supplemental Pleading in the above styled action (Docket No. 25), and scheduled filing of this pleading for no later than January 17, 2006 (see Exhibit A);

3.   That the Movant timely filed this Supplemental Pleading on January 12, 2006 with this Court;

4.   That this Supplemental Pleading raised colorable and meritorious issues which show a denial of constitutional rights through the ineffectiveness of counsel in the underlying criminal matter;

1

5. That, to date, there has been no response from the Respondent as to this Supplemental Pleading, nor has there been any sort of ajudication by this Court or Magistrate Recio on the claims made in this Supplemental Pleading;

6. That on March 1, 2006, this Court issued an order in the above styled matter which denied a COA to the Fifth Circuit Court of Appeals;

7. That this Order was untimely, as the underlying litigation in the above styled matter has not been concluded to the point where the U.S. Court of Appeals would have jurisdiction to review the issues, as the Supplemental Pleading has not been properly litigated.

WHEREFORE, the Movant respectfully requests this Honorable Court to amend the Judgement and Order denying the COA as being untimely, and allow the Movant to properly litigate the claims for habeas relief which have been allowed by the U.S. Magistrate Judge in the above styled action.

Respectfully submitted by:

/s/ Noe del Valle

Noe Del Valle-Mejia
Reg. No. 11223-179
U.S. Penitentiary
P.O. Box 1000
Leavenworth, Kansas  66048

2

## CERTIFICATE OF SERVICE

I hereby certify that one true and correct copy of the foregoing Motion was mailed on March 8, 2006, U.S. first class postage pre-paid, addressed to the following:

> Jeffery A. Babcock, AUSA
> 600 East Harrison Street
> Suite 201
> Brownsville, Texas  78520-7114
> Counsel for the Respondent

I certify that the above statement is true and correct under penalty of perjury.

_Noe del Valle_
Noe Del Valle-Mejia



Noe Del Valle-Mejia
11223-179
USP-Leavenworth
P.O. Box 1000
Leavenworth, Kansas 66048

Civil No. B-04-147
The Hon. Hilda G Tagle

**MAIL**

United States District Court
Southern District of Texas
RECEIVED

MAR 2 0 2006

Michael N. Milby, Clerk

Clerk of the Court
U.S. District Court
Southern District of Texas
600 East Harrison Street
Suite 101
Brownsville, Texas 78520-7114

78520+7114-26 CO15