**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| NOE DE VALLE-MEJIA,<br>Movant, | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-147 |
| UNITED STATES OF AMERICA<br>Respondent. | § § § § | (CR. NO. B-02-323) |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Magistrate Judge's Report and Recommendation in the

above-referenced cause of action. After a de novo review of the entire file, it is the opinion

of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's request for

a Certificate of Appealability (Doc. #13) should be and is hereby DENIED.

DONE at Brownsville, Texas, this _____/_____ day of _____March_____, 2006.

Hilda G. Tagle
United States District Judge

EXHIBIT A