ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE DEL VALLE-MEJIA,<br>    Movant, | * | |
| VS | * | CIVIL ACTION NO. B-04-147 |
| UNITED STATES OF AMERICA,<br>    Respondent. | * | |

## O R D E R

Movant's Request to Proceed in Forma Pauperis (Docket Entry No. 14) is hereby **GRANTED.** Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

DONE at Brownsville, Texas, this 29th day of March 2006.

Felix Recio
United States Magistrate Judge