United States District Court
Southern District of Texas
FILED

APR 0 6 2006

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name) D. mum   C. Date of Delivery 4/3/06 |
| 1. Article Addressed to:<br>Mr. Noe Del Valle-Mejia<br>Reg No 11233-179<br>USP LEAVENWORTH<br>P. O. Box 1000<br>Leavenworth, KS  66048<br>CA B04-147  (3/29/06 Order) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0000 0448 7823 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540