May 5, 2006

Noe Del Valle-Mejia
Reg. No. 11233-179
Federal Correctional Institute
P.O. Box 1000
Leavenworth, Kansas  66048

Clerk of the Court
U.S. District Court
Southern District of Texas
Brownsville Division
P.O. Box 61010
Houston, Texas  77208

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAY 15 2006

Michael N. Milby, Clerk of Court

Re:  CV. No. B-04-147
     Magistrate Recio

To Whom It May Concern:

I have been acting pro se in this matter, and have diligently attempted to follow the rules of the court, even though they confuse me. I am a prisoner trying to be resentenced under § 2255. A few months ago, I made a motion to amend my pleadings according to Fed.R.Civ.P. 15(d), and Magistrate Recio kindly granted my request. I timely filed these amended pleadings to the Court.

There was never any government response to the amended pleadings, but the district court denied my habeas petition based only upon the non-amended pleadings. I sent a motion to the district court requesting that it look into the amended pleadings and rehear the case. In response to this motion, I received an Order (Docket Entry No. 14) which allowed me to proceed **in forma pauperis**. This did not answer the request that was forwarded in the motion for rehearing on the amended pleadings. I am completely confused at this point.

Further muddying the waters, the Fifth Circuit has allowed me 40 days to file my appellate briefs with the court for review. Since my pleadings, which were timely filed, were not considered in the decision, I am not certain if the issues raised in the amended pleadings are subject to review. I have sent a letter, a copy of which is enclosed, requesting an extension of time to try to cull through this issue with this Honorable Court.

Please let me know what happened to my motion for rehearing based upon the properly amended pleadings. I am not certain how to proceed at this juncture.

Sincerely yours.

Noe del Valle
Noe Del Valle-Mejia

encl.



KANSAS CITY KS 661
10 MAY 2006 PM 2 T

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAY 15 2006
Michael N. Milby, Clerk of Court

Clerk of the Court
U.S. District Court of Texas
Southern District
Brownsville Division
P.O. Box 61010   77208
Houston, Texas

**LEGAL MAIL**

7720841010

Noe Del Valle-Mejia
Reg. No. 11233-179
Federal Correctional Institute
P.O. Box 1000   Kansas   66048
Leavenworth,

Re:  Civ. No. B-04-147
     Magistrate Recio