MICHAEL N. MILBY, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

August 15, 2006

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Maestri Place
New Orleans, Louisiana 70130

Re: NOE DEL VALLE-MEJIA _____

VS   UNITED STATES OF AMERICA _____

CV B-04-147 _____   05-41676 _____
CR B-02-323

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[  ] Certified copy of the notice of appeal and  docket entries.

[  ] Certified copy of the notice of cross-appeal and docket entries.

[ X ] Record of appeal consisting of ___1__ Volume(s) of the record; __0__ Volume(s) of the transcript;

[  ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[  ] The Court of Appeals docket fee _____ HAS/ _____ HAS NOT been paid.

[  ] This case is proceeding in **forma pauperis**.

[  ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was  PAID ON:_____

[  ] U.S. District Judge entering final order is_____

[  ] Court reporter assigned to this case is_____

[  ] If criminal case, number and names of defendants:_____

[  ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _Maricela Perez_
Maricela Perez, Deputy Clerk

cc:    File