UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
U.S. Federal Building & Courthouse
600 E. Harrison, #203
BROWNSVILLE, TEXAS 78520-7152

United States District Court
Southern District of Texas
FILED

OCT 2 0 2006

Michael N. Milby
Clerk of Court

CHAMBERS OF
FELIX RECIO
MAGISTRATE JUDGE

October 19, 2006

PHONE (956) 548-2701

Mr. Noe Del Valle-Mejia
Reg. No. 11233-179
USP Leavenworth
U.S. Penitentiary
P. O. Box 1000
Leavenworth, KS 66048

RE: C.A. No. B-04-147, Valle-Mejia. USA
Southern District of Texas, Brownsville Division

Dear Mr. Valle-Mejia:

In regards to any actions that you have before the Fifth Circuit, this Court has no jurisdiction. Therefore, any future pleadings regarding those actions should be made to the Fifth Circuit.

Respectfully,

Judge Felix Recio
United States Magistrate Judge