United States District Court
Southern District of Texas
FILED

OCT 2 0 2006

Michael N. Milby
Clerk of Court



CA B04-147  (10/19/06 R&R)
(10/19/06 letter)

Mr. Noe Del Valle-Mejia
Reg. No. 11233-179
USP Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS 66048