United States District Court
Southern District of Texas
FILED

OCT 3 0 2006

Michael N. Milby
Clerk of Court

| SENDER: | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>F. Hostmfyr                         10 26 06 |
| 1. Article Addressed to:<br>Mr. Noe Del Valle-Mejia<br>Reg No 11233-179<br>USP Leavenworth<br>U.S. Penitentiary<br>P O Box 1000<br>Leavenworth, KS  66048<br><br>CA B04-147 (10/19/06 R&R) & letter) | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>  ☑ Certified Mail  ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0000 0449 4241 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-04-1540