ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 13 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| NOE DE VALLE-MEJIA, § | |
| Movant, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-04-147 |
| UNITED STATES OF AMERICA § | (CR. NO. B-02-323) |
| Respondent. § | |
| § | |
| § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's Motion for Amended Judgment (Doc. #31) be DISMISSED and the relief sought be DENIED.

DONE at Brownsville, Texas, this ___12___ day of ___December___ 2006.

_____
Hilda G. Tagle
United States District Judge