UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORDER
United States District Court
Southern District of Texas
ENTERED
DEC 1 3 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NOE DE VALLE-MEJIA, Movant, | § § § |
| v. | § § |
| UNITED STATES OF AMERICA Respondent. | § § § § § |

CIVIL ACTION NO. B-04-147
(CR. NO. B-02-323)

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's Motion for Amended Judgment (Doc. #31) be DISMISSED and the relief sought be DENIED.

DONE at Brownsville, Texas, this ____12____ day of ___December___ 2006.

Hilda G. Tagle
United States District Judge