United States District Court
Southern District of Texas
FILED

DEC 1 3 2006

Michael N. Milby
Clerk of Court

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

Noe Del Valle Mejia vs. USA

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

104cv147
dkt # 42
Postmark Here

Sent To: Noe Del Valle Mejia
Street, Apt. No.;
or PO Box No. U.S. Penitentiary P.O. BOX 1000
City, State, ZIP+4 Leavenworth, KS   66048

PS Form 3800, June 2002               See Reverse for Instructions

7005 2570 0000 0448 6802