United States District Court
Southern District of Texas
FILED

DEC 2 6 2006

Michael N. Milby
Clerk of Court

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☒ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>D. M___   12/20/06 |
| 1. Article Addressed to:<br><br>Noe Del Valle-Mejia<br>#11233-179<br>U.S. Penitentiary<br>P.O. BOX 1000<br>Leavenworth, KS 66048<br>in re : to Report & Recommendation<br>#42<br>B04cv147 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 2570 0000 0448 6802 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |