# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 10, 2007

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED
MAY 1 6 2007
Michael N. Milby
Clerk of Court

No. 05-41676 USA v. Del Valle-Mejia
USDC No. 1:02-CR-323-ALL
           1:04-CV-147 ✓

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 4 ) Volumes    ( 1 sealed ) Envelope

The electronic copy of the record has been recycled.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Linda Miles, Deputy Clerk
    504-310-7709

cc: w/encl:
    Mr Noe Del Valle-Mejia
    Mr James Lee Turner

MDT-1