IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
MAY 10 2007
CHARLES R. FULBRUGE III
CLERK

No. 05-41676
USDC No. 1:04-CV-147
USDC No. 1:02-CR-323-ALL

United States District Court
Southern District of Texas
FILED
MAY 16 2007
Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,

                     Plaintiff-Appellee,

versus

NOE DEL VALLE-MEJIA, also known as Blas Dimas Lozano, also known as Edward Barrera, also known as Alberto Mendoza-Meza,

                     Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
--------------------

O R D E R:

Noe Del Valle-Mejia, federal prisoner # 11233-179, pleaded guilty to being an alien found in the United States after deportation subsequent to a conviction for an aggravated felony and was sentenced to 80 months of imprisonment. Del Valle-Mejia seeks a certificate of appealability (COA) in order to appeal the district court's denial of his motion to vacate, set aside, or correct sentence, filed pursuant to 28 U.S.C. § 2255.

Del Valle-Mejia alleged that the district court erred in failing to grant his motion under FED. R. CIV. P. 15 to amend his § 2255 motion to include a new issue of ineffective assistance of counsel based on Shepard v. United States, 544 U.S. 13 (2005).

O R D E R
No. 05-41676
-2-

Del Valle-Mejia has not shown "that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, his motion for a COA is DENIED.

                                       JAMES L. DENNIS
                                 UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
         Deputy
New Orleans, Louisiana
MAY 1 0 2007